IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| PRISCILLA TURNER | ) | G17-20308-JRS |
| ANTHONY RAY TURNER | ) | |
| | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now NANCY J. WHALEY, STANDING CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Register of the Clerk of the United States Bankruptcy Court the amount of $7,148.09 on behalf of CAR FINANCIAL SERVICES, Creditor, who filed claim #8, Trustee Claim #1.  These funds are being remitted to the Register because the Creditor has not claimed the funds.

This the 5th day of February, 2021.

Respectfully Submitted,

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No.: G17-20308-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds Filed After The Bar Date by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

PRISCILLA TURNER
ANTHONY RAY TURNER
468 MILES PATRICK RD
WINDER, GA  30680-3501


CAR FINANCIAL SERVICES
4850 SUGARLOAF PARKWAY
STE 2P
LAWRENCEVILLE,, GA  30044


**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds through the Court's Electronic Case Filing system.

GARDNER LAW FIRM
hillary@barrowlegal.com




This the 5th day of February, 2021.


/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201